### GIDDENS *et al. v.* GIDDENS.

FISH, C. J.   No complaint being made that any error of law was committed upon the trial, the only grounds of the motion for a new trial being that the verdict was contrary to law and to the evidence, and without evidence to support it; and the evidence, though conflicting, being amply sufficient to authorize the verdict, there was no abuse of discretion in refusing a new trial.   *Judgment affirmed. All the Justices concur.*

Submitted June 28,—Decided August 12, 1907.

Application for year's support.   Before Judge Little.   Talbot superior court.   November 3, 1906.

*J. J. Bull,* for plaintiffs in error.   *Persons & McGehee,* contra.